FILED AE

OCT 1 9 2007
OCT 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

263.062731

RES/cjs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAUL BERGETZ and CARL BERGETZ, as Special )
Administrators and Special Representatives for )
ALICE BERGETZ, deceased, )
)
                                    Plaintiffs, )
v. )
)
SUNRISE SENIOR LIVING, INC., a foreign )
corporation, d/b/a BRIGHTON GARDENS OF )
PROSPECT HEIGHTS; CARE INSTITUTE INC.-- )
ILLINOIS, a foreign corporation, d/b/a BRIGHTON )
GARDENS OF PROSPECT HEIGHTS; and PRIME )
CARE SEVEN, LLC., a foreign corporation, d/b/a )
BRIGHTON GARDENS OF PROSPECT HEIGHTS, )
)
                                    Defendants. )

07CV5926
JUDGE DER-YEGHIAYAN
MAG.JUDGE DENLOW

## NOTICE OF REMOVAL

NOW COME, the Defendants, SUNRISE SENIOR LIVING, INC., PRIME CARE SEVEN,

LLC and CARE INSTITUTE, INC. - ILLINOIS, by and through their attorneys, PRETZEL &

STOUFFER, CHARTERED, and hereby removes this civil action being case number 07 L 9542 from

the Circuit Court of the State of Illinois, Cook County, Law Division to the United States District

Court for the Northern District of Illinois, Eastern Division, pursuant to 28 USC §1441 and 1332. In

support thereof, the Defendants state as follows:

1.      This action was commenced against the named Defendants in the Circuit Court of Cook

County, County Department, Law Division, State of Illinois on September 11, 2007. A copy of the

Complaint was served upon the Defendant, Sunrise Senior Living, Inc., on September 20, 2007. This

notice is filed within 30 days after service of the Complaint upon this Defendant.

2.      At the time the action was commenced, the special administrators, Paul and Carl

Bergetz, were citizens of the State of Illinois. Defendant, Sunrise Senior Living, Inc., was a

corporation organized and existing under the laws of the state of Delaware. The Defendant has its

principal place of business in the state of Virginia. The Defendant, Care Institute, Inc. - Illinois, is an Indiana corporation. The other Defendant, Prime Care Seven, LLC is an Indiana limited liability company, and its sole member is Prime Care Properties, LLC, also an Indiana limited liability company. The members for Prime Care Properties, LLC are Jay Hicks, an Indiana resident, Arnold Whitman, a Georgia resident, and Laurel Holdings, LLC. The sole member of Laurel Holdings, LLC is Robert Davies, who is a citizen of Florida.

3.      The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff is alleging that the alleged negligence of the Defendants caused the death of Alice Bergetz. Prior to her death, Plaintiff is alleging that she was injured and required medical care and treatment. Plaintiff's pre-suit demand was $850,000.00. Based on this information, there is a good faith basis to assert that the amount in controversy exceeds the jurisdictional amount.

4.      This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC §1332. This Notice of Removal is filed in the United States District Court for the Northern District of Illinois, Eastern Division, which is the district and division in which the State action is pending.

5.      The Defendants has attached to this Notice copies of process and pleadings that have been served upon it.

WHEREFORE, the Defendants, SUNRISE SENIOR LIVING, INC. *et al*, by and through their attorneys, PRETZEL & STOUFFER, CHARTERED, pray that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

By:_____
        Robert E. Sidkey

2

One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
312-346-1973

**FILED**

OCT 1 9 2007 *rg*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

263.062731                                    RES/cjs
                          IN THE UNITED STATES DISTRICT COURT
                        FOR THE NORTHERN DISTRICT OF ILLINOIS
                                    EASTERN DIVISION

PAUL BERGETZ and CARL BERGETZ, as Special          )
Administrators and Special Representatives for     )
ALICE BERGETZ, deceased,                           )
                              Plaintiffs,          )
                                                   )   **07CV5926**
v.                                                 )   **JUDGE DER-YEGHIAYAN**
                                                   )   **MAG.JUDGE DENLOW**
SUNRISE SENIOR LIVING, INC., a foreign             )
corporation, d/b/a BRIGHTON GARDENS OF             )
PROSPECT HEIGHTS; CARE INSTITUTE INC.--            )
ILLINOIS, a foreign corporation, d/b/a BRIGHTON    )
GARDENS OF PROSPECT HEIGHTS; and PRIME             )
CARE SEVEN, LLC., a foreign corporation, d/b/a     )
BRIGHTON GARDENS OF PROSPECT HEIGHTS,              )
                                                   )
                              Defendants.          )

                             **NOTICE OF FILING**

TO:    Thomas A. Kelliher, Gary D. McCallister & Associates
       120 N. LaSalle Street, Suite 2800, Chicago, IL 60602

PLEASE TAKE NOTICE that on the _19th_ day of __October__, 2007, we have filed with the
United States District Court for the Northern District of Illinois, Eastern Division, *Defendant's
Notice of Removal, Appearance, Answer and Request to Admit,* a copy of which are hereby
served upon you.

                                      PRETZEL & STOUFFER, CHARTERED

                                      BY:_____
                                           Robert E. Sidkey

One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
(312) 346-1973

                           **PROOF OF SERVICE BY MAIL**

The undersigned on oath affirm that all parties of record have been provided a copy of _the above
listed_ by enclosing a copy of same in an envelope, sealed, postage prepaid, and depositing same
in the United States Mail Chute at One South Wacker Drive, Chicago, Illinois  60606-4673, on
the ___19th___ day of ___October___, 2007.

                                      _____