## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PAUL BERGETZ and CARL BERGETZ, as Special Administrators and Special Representatives for ALICE BERGETZ, deceased,<br><br>        Plaintiffs,<br><br>        -vs-<br><br>SUNRISE SENIOR LIVING, INC., a foreign corporation, d/b/a BRIGHTON GARDENS OF PROSPECT HEIGHTS; CARE INSTITUTE INC.— ILLINOIS, a foreign corporation, d/b/a BRIGHTON GARDENS OF PROSPECT HEIGHTS; and PRIME CARE SEVEN, LLC, a foreign corporation, d/b/a BRIGHTON GARDENS OF PROSPECT HEIGHTS,<br><br>        Defendants. | Case No. 07 CV 5926<br>Judge Der-Yeghiayan<br>Maj. Judge Denlow |

### NOTICE OF DISMISSAL

Plaintiffs Paul Bergetz and Carl Bergetz, as Special Administrators and Special Representatives for Alice Bergetz, deceased, by and through their undersigned counsel, dismiss, without prejudice, Defendants Sunrise Senior Living, Inc., Care Institute Inc. and Prime Seven, LLC in the above captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated this 11th day of January, 2008.

**GARY D. McCALLISTER & ASSOCIATES, LLC**

By:___s/ Gary D. McCallister_____
    Gary D. McCallister
    *One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 345-0611
(312) 345-0612 (fax)