

# UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL BERGETZ and CARL BERGETZ, as Special Administrators and Special Representatives for ALICE BERGETZ, deceased,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs<br><br>SUNRISE SENIOR LIVING, INC., a foreign corporation, d/b/a BRIGHTON GARDENS OF PROSPECT HEIGHTS,<br>　　　　　　　　　　Defendants. | Case No. 07 CV 5926<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

## [PROPOSED] ORDER APPROVING CONFIDENTIAL SETTLEMENT, APPROVING ATTORNEYS FEES AND EXPENSES AND AUTHORIZING DISTRIBUTION OF SETTLEMENT PROCEEDS

On the motion of the Plaintiffs, by and through his attorneys, Gary D. McCallister, LLC, and pursuant to 740 ILCS 180/1,2, for an entry of an Order approving the confidential wrongful death settlement , approving attorneys' fees and litigation expenses, authorizing the distribution of settlement proceeds and dismissing the action with prejudice, the Court finds as follows:

　　1.　　The settlement amount is fair and reasonable.

　　2.　　The attorneys for the Plaintiffs are entitled to attorneys' fees which are hereby approved.

　　3.　　The attorneys for the Plaintiffs are entitled to reimbursement for expenses attributable to this lawsuit as itemized for the Court.

　　4.　　The Plaintiffs are authorized to execute the Confidential Settlement Agreement and Release.

　　5.　　The next of kin of the decedent and their percentages of dependency are as follows:

　　　　Paul Bergetz (50%) and
　　　　Carl Bergetz (50%).

　　6.　　The net amount of the settlement proceeds, after reduction for attorneys' fees, reimbursement of litigation expenses and reimbursement of a Medicare lien not to

exceed $4,402.72 shall be distributable equally to the adult next of kin and in accordance with the above percentages of dependency.

      7.     This matter is dismissed with prejudice and without costs.

      IT IS THEREFORE ORDERED, that the settlement be and the same is hereby approved as fair, just and reasonable; the Special Administrators and Special Representatives are authorized and directed to execute the Confidential Release and Settlement Agreement; upon receipt of the settlement proceeds they are authorized to distribute the proceeds in accordance with the provisions of this order, and this matter is hereby dismissed with prejudice and without costs.

IT IS SO ORDERED:

Dated: September 30, 2008

                                    _____
                                    Hon. Samuel Der-Yeghiayan
                                    United States District Judge